Manuel de la Cerra (SBN 189313)
**THE LAW OFFICE OF MANUEL DE LA CERRA**
7040 Avenida Encinas, Suite 104-381
Carlsbad, CA 92011
760.809.5520 Telephone
760.269.3542 Fax
manny@delacerralaw.com

John Roberts (SBN 208927)
ROBERTS IP LAW
3129 25th St. #295
Columbus, IN 47203
812-418-3663 Telephone
440-448-4348 Fax
john@robertsiplaw.com

*Attorneys for Defendants*
PACIFIC SURF DESIGNS,
RICHARD ALLESHOUSE AND YONG YEH

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITEWATER WEST INDUSTRIES, LTD., a Canadian corporation,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD ALLESHOUSE, an individual, YONG YEH, an individual, and PACIFIC SURF DESIGNS, INC., a Delaware corporation,<br><br>Defendants. | Case No. 3:17-CV-00501-DMS(NLS)<br><br>**JOINT MOTION FOR ENTRY OF PROPOSED JUDGMENT**<br><br>Judge: Hon. Dana M. Sabraw |

Plaintiff Whitewater West Industries, Ltd. ("Plaintiff") and Defendants Richard Alleshouse, Yong Yeh, and Pacific Surf Designs, Inc. (collectively, "Defendants"), jointly move for this Court to enter the attached Proposed Judgement based on the following facts:

1.      From February 4, 2019 through February 7, 2019, this matter was tried by this Court without a jury.

2.      On April 4, 2019, this Court entered a Judgment (ECF No. 167), in favor of Plaintiff on the first cause of action (Breach of Contract), fourth cause of action

(Declaratory Relief), fifth cause of action (Correction of Inventorship of U.S. Pat. No 9,004,685), sixth cause of action (Correction of Inventorship of U.S. Pat. No 9,302,189) and seventh cause of action (Correction of Inventorship of U.S. Pat. No 9,952,433).  The Court further entered judgement in favor of Defendants Yong Yeh and Pacific Surf Designs, Inc. on the second cause of action for Intentional Interference with Contract, and in favor of Defendant Pacific Surf Designs, Inc. on the third cause of action for California Business and Professions Code 17200, *et seq.*

3.     Defendants appealed the Judgment on causes of action one, and four through seven to the Court of Appeals for the Federal Circuit.  On November 19, 2020, the Federal Circuit reversed the Judgment holding that the contract at issue was not enforceable under California law (thereby reversing the breach of contract and declaratory relief claims, causes of action one and four, respectively) and, therefore, Plaintiff lacked standing to pursue its correction of inventorship claims (thereby reversing causes of action five through seven).  *Whitewater West Industries, Ltd. v. Alleshouse, et al*, 981 F.3d 1045 (Fed. Cir. 2020).

4.     As a result of this Court's original Judgment and the Appellate Court's reversal, the Parties request that this Court enter the Proposed Judgement attached as Exhibit 1, which accurately reflects the result of this Court's original Judgment as modified by the Appellate Court's reversal.

Dated: January 4, 2021          **THE LAW OFFICE OF MANUEL DE LA CERRA**

By: */s/ Manuel de la Cerra*
   Manuel de la Cerra
   *Attorneys for Defendants*

                                **BUCHALTER**
Dated: January 4, 2021

By: */s/ Roger L. Scott*
   Roger L. Scott
   Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

The undersigned hereby certified that a true and correct copy of the above and foregoing document, and Exhibits thereto, have been served on January 4, 2021, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Civil Rule 5.4. Any counsel of record who have not consented to electronic service through the Court's CM/ECF system will be served by electronic mail, first class mail, facsimile, and/or overnight delivery.


*/s/ Manuel de la Cerra*
Manuel de la Cerra

JOINT MOTION FOR ENTRY OF PROPSOED JUDGMENT