Manuel de la Cerra (SBN 189313)
THE LAW OFFICE OF MANUEL DE LA CERRA
7040 Avenida Encinas, Suite 104-381
Carlsbad, CA 92011
760.809.5520 Telephone
760.269.3542 Fax
manny@delacerralaw.com

John Roberts (SBN 208927)
ROBERTS IP LAW
3129 25th St. #295
Columbus, IN 47203
812-418-3663 Telephone
440-448-4348 Fax
john@robertsiplaw.com

*Attorneys for Defendants*
PACIFIC SURF DESIGNS,
RICHARD ALLESHOUSE AND YONG YEH

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITEWATER WEST INDUSTRIES, LTD., a Canadian corporation,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD ALLESHOUSE, an individual, YONG YEH, an individual, and PACIFIC SURF DESIGNS, INC., a Delaware corporation,<br><br>Defendants. | Case No. 3:17-CV-00501-DMS(NLS)<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR FEES AND RELATED NONTAXABLE COSTS UNDER FRCP 54(D)(2)**<br><br>JUDGE: Hon. Dana M. Sabraw<br><br>DATE: March 5, 2021<br><br>TIME: 1:30<br><br>COURTROOM: 13A |

Please take notice that on March 5, 2021, at 1:30, in Courtroom 13A of the above entitled Court located at James M. Carter and Judith N. Keep, United States Courthouse, 333 West Broadway, San Diego, CA 92101, Defendant Richard

Alleshouse, Yong Yeh and Pacific Surf Designs, Inc. (collectively "PSD") will move this Court for an Order awarding $1,557,277.36[1] in attorney's fees and related nontaxable expenses against Plaintiff Whitewater West Industries, LTD. ("Whitewater") pursuant to Federal Rule of Civil Procedure 54(d)(2), Section 1717 of the California Civil Code, Section 1033.5 of the California Code of Civil Procedure, the Parties' Employment Agreement, the Federal Circuit Court of Appeals Decision in this case dated November 19, 2020 (ECF 212), and this Court's Judgment (ECF 210).

This motion is based on the concurrently-filed Memorandum of Points and Authorities, the Declaration of Charanjit Brahma, the Declaration of Manuel de la Cerra, the Declaration of Justin Lewis, the Declaration of Joseph Thomas, the Exhibits thereto, all pleadings, papers, and records on file in this case and upon such evidence and argument as the Court may allow at the time of hearing.

Executed on February 4, 2021     By:   /s/ Manuel de la Cerra
                                        Manuel de la Cerra
                                        John Roberts
                                        *Attorneys for Defendants-Appellants*

---

[1] Under California law, a prevailing party is entitled to fees for time spent in preparing and litigating the fee application. *See Serrano v. Unruh*, 32 Cal. 3d 621, 639 (Cal. 1982). If necessary, PSD will provide an updated fee total as part of its reply in support of this motion.

## CERTIFICATE OF SERVICE

The undersigned hereby certified that a true and correct copy of the above and foregoing document has been served on February 4, 2021, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Civil Rule 5.4. Any counsel of record who have not consented to electronic service through the Court's CM/ECF system will be served by electronic mail, first class mail, facsimile, and/or overnight delivery.

*/s/ Manuel de la Cerra*
Manuel de la Cerra