# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITEWATER WEST INDUSTRIES, LTD., a Canadian corporation,<br><br>    Plaintiff,<br><br>v.<br><br>RICHARD ALLESHOUSE, an individual, YONG YEH, an individual, and PACIFIC SURF DESIGNS, INC., a Delaware corporation,<br><br>    Defendants. | Case No. 3:17-CV-00501-DMS(NLS)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE HEARING ON DEFENDANTS' MOTION FOR FEES AND RELATED NONTAXABLE EXPENSES UNDER FRCP 54(D)(2) ECF NO. 215**<br><br>Judge: Hon. Dana M. Sabraw |

Before the Court in the above-captioned action is the parties' joint motion to continue the hearing on Defendants' Motion for Fees and Related Nontaxable Expenses Under FRCP 54(d)(2) (ECF No. 215), currently set for hearing on March 5, 2021. Specifically the parties move this Court for a one-week continuance of the hearing date to Friday, March 12, 2021, or the first date thereafter the Court is available. Plaintiff's opposition brief shall be due on or before Friday, February 26, 2021. Defendants' reply brief is due on or before the date specified in Local Rule 7(e)(3), i.e. no later than seven calendar days before the continued hearing date.

- 2 -

After careful review, good cause appearing, the Court hereby GRANTS the parties' joint motion.  The hearing on Defendants' Motion for Fees and Related Nontaxable Expenses Under FRCP 54(d)(2) is continued to March 19, 2021, at 1:30 p.m. in Department 13A.  Plaintiff's opposition brief is due on or before February 26, 2021.  Defendants' reply brief is due on or before the date specified in Local Rule 7(e)(3).

IT IS SO ORDERED.

Dated:  February 19, 2021

Hon. Dana M. Sabraw, Chief Judge
United States District Court